*E-Filed 6/30/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDELL NEWTON,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER CURZEN, and<br>SAN QUENTIN STATE PRISON,<br><br>    Defendants. | No. C 10-1490 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP") by May 8, 2010 or face dismissal of the action. Plaintiff has filed an incomplete application, not having attached a copy of his prison trust account statement showing transactions for the last six months, nor a certificate of funds signed by an authorized prison officer. Plaintiff has not paid the filing fee. Accordingly, the action is DISMISSED without prejudice to plaintiff paying the filing fee of $350.00, or filing a complete application to proceed IFP. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED.

The Clerk shall enter judgment in favor of defendant, and close the file.

This order terminates Docket No. 2.

**IT IS SO ORDERED**.

DATED: June 29, 2010

                                              RICHARD SEEBORG
                                              United States District Judge